IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY SHEPPARD, on behalf of himself and
all others similarly situated                                                                PLAINTIFF

vs.                                        NO: 4:07CV01183 BSM

ORKIN EXTERMINATING COMPANY,
INC., ET AL.                                                                                  DEFENDANTS

## **ORDER**

Plaintiff's motion to alter, amend, or vacate the Court's March 18, 2009 order on the motions to compel has been considered and the motion [Doc. No. 56] is denied.

IT IS SO ORDERED this 22nd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE