IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY SHEPPARD, on behalf of himself and
all others similarly situated                                            PLAINTIFF

vs.                          NO: 4:07CV01183 BSM

ORKIN EXTERMINATING COMPANY,
INC., ET AL.                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendants; the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

-1-